Scottlynn J Hubbard IV, SBN 212970
Khushpreet R. Mehton, SBN 276827
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: usdceast@hubslaw.com

Attorneys for Plaintiff Brenda Pickern

Peter C. Pappas, SBN 080502
**PAPPAS & PAPPAS-RAJOTTE LLP**
3105 Lone Tree Way, Suite A
Antioch, CA  94509
Telephone: (925) 754-0772
Facsimile: (925) 754-7183
Email: ppappaslaw@gmail.com

Attorneys for Defendant Thomas John Vaglivielo dba One Stop

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brenda Pickern,<br><br>        Plaintiff,<br><br>v.<br><br><br>Thomas John Vaglivielo dba One Stop; Kenneth A. Thompson,<br><br>        Defendants. | Case No.  2:14-cv-00086-JAM-CMK<br><br>**Joint Stipulation for Dismissal and Order Thereon** |

TO THE COURT AND ALL PARTIES:

Plaintiff Brenda Pickern and Defendant Thomas John Vaglivielo dba One Stop stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: October 16, 2015   DISABLED ADVOCACY GROUP, APLC

 /s/   Scottlynn J Hubbard         /
Scottlynn J Hubbard IV
Attorneys for Plaintiff Brenda Pickern

Dated: October 16, 2015   PAPPAS & PAPPAS-RAJOTTE LLP

 /s/   Peter C. Pappas         /
Peter C. Pappas
Maria Pappas-Rajotte
Attorneys for Defendant Thomas John Vaglivielo dba One Stop

### **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:14-cv-00086-JAM-CMK, is hereby dismissed with prejudice.

Dated:  10/16/2015

/s/ John A. Mendez_____
United States District Court Judge